**No. 11-6219. Gregory Eugene Napper, Petitioner v. United States.**

565 U.S. 957, 132 S. Ct. 435, 181 L. Ed. 2d 283, 2011 U.S. LEXIS 7156.

October 11, 2011. Petition for writ of certiorari to the District of Columbia Court of Appeals denied.

Same case below, 22 A.3d 758.

**No. 11-6221. Michael Angelo Loiseau, Petitioner v. United States.**

565 U.S. 957, 132 S. Ct. 435, 181 L. Ed. 2d 283, 2011 U.S. LEXIS 7190.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 429 Fed. Appx. 210.

**No. 11-6222. Fernando Silva-Lopez, Petitioner v. United States.**

565 U.S. 957, 132 S. Ct. 436, 181 L. Ed. 2d 283, 2011 U.S. LEXIS 7183.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 435 Fed. Appx. 668.

**No. 11-6226. Morris Duane Buckles, Petitioner v. United States.**

565 U.S. 957, 132 S. Ct. 436, 181 L. Ed. 2d 283, 2011 U.S. LEXIS 7191.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 647 F.3d 883.

**No. 11-6237. Elliott Brown, Petitioner v. United States.**

565 U.S. 957, 132 S. Ct. 436, 181 L. Ed. 2d 283, 2011 U.S. LEXIS 7194.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 435 Fed. Appx. 182.

**No. 11-6242. Paul Edward Copeland, Petitioner v. United States.**

565 U.S. 957, 132 S. Ct. 436, 181 L. Ed. 2d 283, 2011 U.S. LEXIS 7159.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 427 Fed. Appx. 383.

**No. 11-6244. Anthony E. Moore, Petitioner v. United States.**

565 U.S. 957, 132 S. Ct. 436, 181 L. Ed. 2d 283, 2011 U.S. LEXIS 7203.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 641 F.3d 812.

**No. 11-6248. Frederick Springer, Petitioner v. United States.**

565 U.S. 957, 132 S. Ct. 437, 181 L. Ed. 2d 283, 2011 U.S. LEXIS 7154.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.